**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Texas Health Resources,<br><br>    Plaintiff,<br><br>  v.<br><br>MultiPlan, Inc., Elevance Health, Inc., Allied National, LLC, Secure Health Plans of Georgia, L.L.C., Benefit Plans Administrators of Eau Claire, LLC, Central States, Southeast and Southwest Areas Pension Fund, Consociate, Inc.,<br><br>    Defendants. | Case No. 1:24-cv-11299 |

**TEXAS HEALTH RESOURCES' RULE 7.1 CORPORATE DISCLOSURE**
**STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Texas Health Resources ("THR"), by and through its undersigned counsel, hereby makes the following disclosure statement:

THR has no parent corporation. No publicly held corporation owns 10% or more of the common stock of THR, as THR does not have publicly traded shares.

Dated: November 1, 2024

Respectfully submitted,

VINSON & ELKINS LLP

*/s/ Stephen M. Medlock*

Stephen M. Medlock
Stephen Cohen (*pro hac vice* forthcoming)
Michael McCambridge (*pro hac vice* forthcoming)
Rami Abdallah E. Rashmawi
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604

Michael Scarborough (*pro hac vice* forthcoming)
Dylan Ballard (*pro hac vice* forthcoming)
Madison Lo (*pro hac vice* forthcoming)
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786

Mackenzie Newman (*pro hac vice* forthcoming)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100

*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 1, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Stephen M. Medlock*
Stephen M. Medlock